IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,

     Plaintiff,

v.                              CASE NO. 5:12-cv-285-RS-GRJ

SERGEANT NICHOLS, et al.,

     Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiffs' claims are **DISMISSED** for failure to comply with an order of the Court and for failure to prosecute.

3. The clerk is directed to close the file.

**ORDERED** on December 13, 2012.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**